**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  ASGHARI, SHOHREH                      §     Case No. 14-15319
                                              §
                                              §
                                              §
                    Debtor(s)

---

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/23/2014. The undersigned trustee was appointed on 04/23/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $        48,086.23

                Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 868.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 12,574.12 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 30,643.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 11/19/2014 and the deadline for filing governmental claims was 10/20/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,901.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,901.21, for a total compensation of $3,901.21[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2016          By: /s/ Michael Desmond
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:   14-15319

Case Name:   ASGHARI, SHOHREH

For Period Ending:   09/30/2016

Trustee Name:   (330623) Michael Desmond

Date Filed (f) or Converted (c):   04/23/2014 (f)

§ 341(a) Meeting Date:   07/17/2014

Claims Bar Date:   11/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family home at 935 Crofton Ln, Buffalo, G | 315,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash in wallet | 20.00 | 20.00 | | 0.00 | FA |
| 3 | Chase Bank checking account; balance approximate | 250.00 | 250.00 | | 0.00 | FA |
| 4 | $4,000 paid to Landlord atcurrent townhome which | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 5 | Items at replacement value and located at 352 Sk | Unknown | 0.00 | | 0.00 | FA |
| 6 | Typical household goods and furnishings includin | 800.00 | 800.00 | | 0.00 | FA |
| 7 | Standard books, family pictures and low value mi | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Normal clothing at used clothing store prices | 750.00 | 0.00 | | 0.00 | FA |
| 9 | Everyday wearing jewelry at low value | 350.00 | 350.00 | | 0.00 | FA |
| 10 | Thrift Savings Plan retirement account (TSP); va | 50,000.00 | 0.00 | | 0.00 | FA |
| 11 | Domestic support obligation received (averaged a | Unknown | 0.00 | | 0.00 | FA |
| 12 | Property settlement from divorce case in which jusgment was issued post-filing (trial was October 2013) Funds currently held in debtor's attorney's trust, account, and value approximate (u) | 32,000.00 | 28,000.00 | | 48,086.23 | FA |
| 13 | Note: No 2013 tax year refund due or received; 2 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  2

Case No.:    14-15319

Case Name:    ASGHARI, SHOHREH

For Period Ending:    09/30/2016

Trustee Name:    (330623) Michael Desmond

Date Filed (f) or Converted (c):    04/23/2014 (f)

§ 341(a) Meeting Date:    07/17/2014

Claims Bar Date:    11/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2007 Nissan Sentra with approximately 69,000 mil | 9,500.00 | 3,734.00 | | 0.00 | FA |
| 14 | **Assets    Totals**    (Excluding unknown values) | **$412,820.00** | **$37,154.00** | | **$48,086.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has filed claim objection which is set for July 19, 2016.

**Initial Projected Date Of Final Report (TFR):**        12/31/2015        **Current Projected Date Of Final Report (TFR):**        12/30/2016

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-15319 | |
| **Case Name:** | ASGHARI, SHOHREH | |
| **Taxpayer ID #:** | **-***3868 | |
| **For Period Ending:** | 09/30/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2015 | {12} | Law Offices of Janice L. Berman (IOLTA Trust) | Proceeds from Settlement of Divorce Proceedings per Settlement Agreement & Release dated 2/5/15 (Order granting same dated 2/5/15) | 1229-000 | 48,086.23 | | 48,086.23 |
| 02/24/2015 | 101 | Shohreh Asghari | Debtor's Claimed Exemption from Divorce Settle. Proceeds | 8100-002 | | 4,000.00 | 44,086.23 |
| 02/24/2015 | 102 | Ahmad Kazemi | Payment pursuant to 2/5/15 Order Approving Settlement Agreement | 8500-002 | | 12,574.12 | 31,512.11 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 31,470.62 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.46 | 31,415.16 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.18 | 31,369.98 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.61 | 31,326.37 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.06 | 31,278.31 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.48 | 31,231.83 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.42 | 31,188.41 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| Case No.: | 14-15319 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3868 | Account #: | ******6566 Checking Account |
| For Period Ending: | 09/30/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.85 | 31,140.56 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.79 | 31,095.77 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.23 | 31,052.54 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.13 | 31,003.41 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.99 | 30,960.42 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.92 | 30,917.50 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.78 | 30,868.72 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.80 | 30,825.92 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.74 | 30,783.18 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.57 | 30,734.61 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.61 | 30,692.00 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.42 | 30,643.58 |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

Exhibit B
Page:   3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-15319 | |
| **Case Name:** | ASGHARI, SHOHREH | |
| **Taxpayer ID #:** | **-***3868 | |
| **For Period Ending:** | 09/30/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 48,086.23 | 17,442.65 | $30,643.58 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 48,086.23 | 17,442.65 | |
| | | Less: Payments to Debtors | | | | 4,000.00 | |
| | | **NET Receipts / Disbursements** | | | $48,086.23 | $13,442.65 | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-15319 | | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | ASGHARI, SHOHREH | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3868 | | **Account #:** | ******6566 Checking Account |
| **For Period Ending:** | 09/30/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6566 Checking Account | $48,086.23 | $13,442.65 | $30,643.58 |
| | **$48,086.23** | **$13,442.65** | **$30,643.58** |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Analysis of Claims Register

**Case: 14-15319**                                    **SHOHREH ASGHARI**

Claims Bar Date: 11/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Corresp Unit/CA6-919-02-41 POB 5170 Simi Valley, CA 93062 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit POB 6275 Dearborn, MI 48121 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| FEE | Michael K. Desmond 10 South La Salle St. 3600 Chicago, IL 60603 <2100-000 Trustee Compensation> , 200 | Administrative 04/23/14 | | $3,901.21 $3,901.21 | $0.00 | $3,901.21 |
| | Internal Revenue Service Centralized Insolvency Operation POB 7346 Philadelphia, PA 19101-7346 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| 3P | Internal Revenue Service Centralized Insolvency Operation POB 7346 Philadelphia, PA 19101-7346 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 10/06/14 | | $812.10 $812.10 | $0.00 | $812.10 |
| | ARS National Services POB 463023 Escondido, CA 92046 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

Case: 14-15319                              SHOHREH ASGHARI

Claims Bar Date: 11/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Blitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Capital One Bank Attn Bankruptcy Dept POB 30285 Salt Lake City, UT 84130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Chase POB 15298 Wilmington, DE 19850 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Claremont Ridge Company 1120 N Claremont Dr Palatine, IL 60074-4002 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Glenbrook Hospital 2100 Pfingsten Road Glenview, IL 60026 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | John Mickevice c/o Michael W Pinsof Esq 191 Waukegan Rd  #305 Winnetka, IL 60093 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/08/14 | | $0.00 $0.00 | $0.00 | $0.00 |

**Exhibit C**

**Analysis of Claims Register**

Case: 14-15319                                SHOHREH ASGHARI

Claims Bar Date: 11/19/14

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Kovitz Shifrin Nesbit<br>750 Lake Cook Rd<br>Suite 350<br>Buffalo Grove, IL 60089<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Law Offices of Janice L Berman<br>8130 N Milwaukee Ave<br>Niles, IL 60714<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/02/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | NCO Fin/55<br>POB 13570<br>Philadelphia, PA 19101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PNC Bank<br>POB 3180<br>Pittsburgh, PA 15222<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Shawn S Khosravani<br>954 South Walnut Ave<br>Arlington Heights, IL 60005<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C
## Analysis of Claims Register

**Case: 14-15319**                                    **SHOHREH ASGHARI**

Claims Bar Date: 11/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Claremont Ridge Condominium Association c/o Kovitz Shifrin Nesbit 750 W Lake Cook Rd Suite 350 Buffalo Grove, IL 60089 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/29/14 | | $7,392.35 $7,392.35 | $0.00 | $7,392.35 |
| 2 | Ford Motor Credit Company LLC P.O. Box 62180 Colorado Springs, CO 80962 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/24/14 | | $3,058.77 $3,058.77 | $0.00 | $3,058.77 |
| 3U | Internal Revenue Service Centralized Insolvency Operation POB 7346 Philadelphia, PA 19101-7346 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/06/14 | | $19.06 $19.06 | $0.00 | $19.06 |
| 4 | Janice Berman 8130 N. Milwaukee Ave. Niles, IL 60714 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/17/14 | | $23,731.96 $23,731.96 | $0.00 | $23,731.96 |
| | | | **Case Total:** | | **$0.00** | **$38,915.45** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15319
Case Name: SHOHREH ASGHARI
Trustee Name: Michael Desmond

**Balance on hand:**          $                    30,643.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:    $         30,643.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 3,901.21 | 0.00 | 3,901.21 |

Total to be paid for chapter 7 administrative expenses:    $         3,901.21
Remaining balance:    $         26,742.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $              0.00
Remaining balance:    $         26,742.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $812.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 812.10 | 0.00 | 812.10 |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for priority claims: | $ | 812.10 |
|---|---|---|---|
| | Remaining balance: | $ | 25,930.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,202.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 75.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Claremont Ridge Condominium Association | 7,392.35 | 0.00 | 5,604.49 |
| 2 | Ford Motor Credit Company LLC | 3,058.77 | 0.00 | 2,319.00 |
| 3U | Internal Revenue Service | 19.06 | 0.00 | 14.45 |
| 4 | Janice Berman | 23,731.96 | 0.00 | 17,992.33 |

| | Total to be paid for timely general unsecured claims: | $ | 25,930.27 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**