## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-15319 |
| | ) | |
| SHOHREH ASGHARI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

## PROOF OF SERVICE

**TO:**   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties named on the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on October 26, 2016 before the hour of 5:00 p.m., proper postage prepaid.

Date: October 26, 2016

MICHAEL K. DESMOND, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estate of
SHOHREH ASGHARI,

By:   *Michael K. Desmond*
         Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

# SERVICE LIST

# Mailing Information for Case 14-15319

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kenneth W Bach**    kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**    mdesmond@fslegal.com, dorisbay@fslegal.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Jyothi R Martin**    jramana@atty-pierce.com
- **Scott C Polman**    spolman.law@comcast.net

**Manual Notice List**

<u>VIA U.S. MAIL:</u>

Shohreh Asghari
352 Skokie Ct
Wilmette, IL 60091
*Debtor*

Claremont Ridge Condominium Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Rd., Suite 350
Buffalo Grove, IL 60089

Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346

Janice Berman
8130 N. Milwaukee Ave.
Niles, IL 60714

Ford Motor Credit Company LLC
P.O. Box 62180
Colorado Springs, CO 80962