**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  ASGHARI, SHOHREH    § Case No. 14-15319
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $380,820.00 | Assets Exempt: | $72,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $26,742.37 | Claims Discharged Without Payment: | $86,072.71 |
| Total Expenses of Administration: | $4,769.74 | | |

3) Total gross receipts of $48,086.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $16,574.12 (see **Exhibit 2**), yielded net receipts of $31,512.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $352,702.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,769.74 | $4,769.74 | $4,769.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,000.00 | $812.10 | $812.10 | $812.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $77,800.84 | $34,202.14 | $34,202.14 | $25,930.27 |
| **TOTAL DISBURSEMENTS** | $431,502.84 | $39,783.98 | $39,783.98 | $31,512.11 |

4) This case was originally filed under chapter 7 on 04/23/2014.  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/07/2017            By: /s/ Michael  Desmond
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property settlement from divorce case in which jusgment was issued post-filing (trial was October 2013) Funds currently held in debtor's attorney's trust, account, and value approximate | 1229-000 | $48,086.23 |
| **TOTAL GROSS RECEIPTS** | | **$48,086.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shohreh Asghari | Debtor's Claimed Exemption from Divorce Settle. Proceeds | 8100-002 | $4,000.00 |
| Ahmad Kazemi | Payment pursuant to 2/5/15 Order Approving Settlement Agreement | 8500-002 | $12,574.12 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$16,574.12** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bank of America | 4110-000 | $349,336.00 | NA | NA | NA |
| N/F | Ford Motor Credit Corporation Ford Motor Credit | 4110-000 | $3,366.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$352,702.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $3,901.21 | $3,901.21 | $3,901.21 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $868.53 | $868.53 | $868.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,769.74** | **$4,769.74** | **$4,769.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | $0.00 | $812.10 | $812.10 | $812.10 |
| N/F | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | $1,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,000.00** | **$812.10** | **$812.10** | **$812.10** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Claremont Ridge Condominium Association | 7100-000 | $0.00 | $7,392.35 | $7,392.35 | $5,604.49 |
| 2 | Ford Motor Credit Company LLC | 7100-000 | $0.00 | $3,058.77 | $3,058.77 | $2,319.00 |
| 3U | Internal Revenue Service | 7100-000 | $0.00 | $19.06 | $19.06 | $14.45 |
| 4 | Janice Berman | 7100-000 | $0.00 | $23,731.96 | $23,731.96 | $17,992.33 |
| N/F | ARS National Services | 7100-000 | NA | NA | NA | NA |
| N/F | Blitt & Gaines PC | 7100-000 | NA | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $16,332.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $5,840.00 | NA | NA | NA |
| N/F | Claremont Ridge Company | 7100-000 | $4,500.00 | NA | NA | NA |
| N/F | Glenbrook Hospital | 7100-000 | $1,043.84 | NA | NA | NA |
| N/F | John Mickevice c/o Michael W Pinsof Esq | 7100-000 | NA | NA | NA | NA |
| N/F | Kovitz Shifrin Nesbit | 7100-000 | NA | NA | NA | NA |
| N/F | Law Offices of Janice L Berman | 7100-000 | $24,000.00 | NA | NA | NA |
| N/F | MRS BPO LLC | 7100-000 | NA | NA | NA | NA |
| N/F | NCO Fin/55 | 7100-000 | $364.00 | NA | NA | NA |
| N/F | PNC Bank | 7100-000 | $24,021.00 | NA | NA | NA |
| N/F | Shawn S Khosravani | 7100-000 | $1,700.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $77,800.84 | $34,202.14 | $34,202.14 | $25,930.27 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 14-15319 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Date Filed (f) or Converted (c): | 04/23/2014 (f) |
| | | § 341(a) Meeting Date: | 07/17/2014 |
| For Period Ending: | 02/07/2017 | Claims Bar Date: | 11/19/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family home at 935 Crofton Ln, Buffalo, G | 315,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash in wallet | 20.00 | 20.00 | | 0.00 | FA |
| 3 | Chase Bank checking account; balance approximate | 250.00 | 250.00 | | 0.00 | FA |
| 4 | $4,000 paid to Landlord atcurrent townhome which | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 5 | Items at replacement value and located at 352 Sk | Unknown | 0.00 | | 0.00 | FA |
| 6 | Typical household goods and furnishings includin | 800.00 | 800.00 | | 0.00 | FA |
| 7 | Standard books, family pictures and low value mi | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Normal clothing at used clothing store prices | 750.00 | 0.00 | | 0.00 | FA |
| 9 | Everyday wearing jewelry at low value | 350.00 | 350.00 | | 0.00 | FA |
| 10 | Thrift Savings Plan retirement account (TSP); va | 50,000.00 | 0.00 | | 0.00 | FA |
| 11 | Domestic support obligation received (averaged a | Unknown | 0.00 | | 0.00 | FA |
| 12 | Property settlement from divorce case in which jusgment was issued post-filing (trial was October 2013) Funds currently held in debtor's attorney's trust, account, and value approximate (u) | 32,000.00 | 28,000.00 | | 48,086.23 | FA |
| 13 | Note: No 2013 tax year refund due or received; 2 | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 14-15319 | Trustee Name: | (330623) Michael Desmond |
| Case Name: | ASGHARI, SHOHREH | Date Filed (f) or Converted (c): | 04/23/2014 (f) |
|  |  | § 341(a) Meeting Date: | 07/17/2014 |
| For Period Ending: | 02/07/2017 | Claims Bar Date: | 11/19/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2007 Nissan Sentra with approximately 69,000 mil | 9,500.00 | 3,734.00 |  | 0.00 | FA |
| 14 | **Assets     Totals     (Excluding unknown values)** | **$412,820.00** | **$37,154.00** |  | **$48,086.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has filed claim objection which is set for July 19, 2016.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | **Current Projected Date Of Final Report (TFR):** | 09/30/2016 (Actual) |

02/07/2017                                                                                              /s/Michael Desmond
Date                                                                                                        Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-15319 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3868 | Account #: | ******6566 Checking Account |
| For Period Ending: | 02/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2015 | {12} | Law Offices of Janice L. Berman (IOLTA Trust)<br><br>8130 N. Milwaukee Avenue<br>Niles, IL 60714 | Proceeds from Settlement of Divorce Proceedings per Settlement Agreement & Release dated 2/5/15 (Order granting same dated 2/5/15) | 1229-000 | 48,086.23 | | 48,086.23 |
| 02/24/2015 | 101 | Shohreh Asghari<br><br>352 Skokie Ct.<br>Wilmette, IL 60091 | Debtor's Claimed Exemption from Divorce Settle. Proceeds | 8100-002 | | 4,000.00 | 44,086.23 |
| 02/24/2015 | 102 | Ahmad Kazemi<br><br>c/o Y. Jacqueline Perkins, 350 W. Kensington Rd., Suite 110<br>Mount Prospect, IL 60056 | Payment pursuant to 2/5/15 Order Approving Settlement Agreement | 8500-002 | | 12,574.12 | 31,512.11 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 31,470.62 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.46 | 31,415.16 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.18 | 31,369.98 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.61 | 31,326.37 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.06 | 31,278.31 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                 ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-15319 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3868 | Account #: | ******6566 Checking Account |
| For Period Ending: | 02/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.48 | 31,231.83 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.42 | 31,188.41 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.85 | 31,140.56 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.79 | 31,095.77 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.23 | 31,052.54 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.13 | 31,003.41 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.99 | 30,960.42 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.92 | 30,917.50 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.78 | 30,868.72 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.80 | 30,825.92 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.74 | 30,783.18 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.57 | 30,734.61 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.61 | 30,692.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-15319 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3868 | Account #: | ******6566 Checking Account |
| For Period Ending: | 02/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 48.42 | 30,643.58 |
| 11/30/2016 | 103 | Michael K. Desmond<br><br>10 South La Salle St. 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $3,901.21; Claim # FEE; Filed: $3,901.21 | 2100-000 |  | 3,901.21 | 26,742.37 |
| 11/30/2016 | 104 | Internal Revenue Service<br><br>Centralized Insolvency Operation, POB 7346<br>Philadelphia, PA 19101-7346 | Distribution payment - Dividend paid at 100.00% of $812.10; Claim # 3P; Filed: $812.10 | 5800-000 |  | 812.10 | 25,930.27 |
| 11/30/2016 | 105 | Claremont Ridge Condominium Association<br><br>c/o Kovitz Shifrin Nesbit, 750 W Lake Cook Rd Suite 350<br>Buffalo Grove, IL 60089 | Distribution payment - Dividend paid at 75.81% of $7,392.35; Claim # 1; Filed: $7,392.35 | 7100-000 |  | 5,604.49 | 20,325.78 |
| 11/30/2016 | 106 | Ford Motor Credit Company LLC<br><br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Distribution payment - Dividend paid at 75.81% of $3,058.77; Claim # 2; Filed: $3,058.77 | 7100-000 |  | 2,319.00 | 18,006.78 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-15319 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | ASGHARI, SHOHREH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3868 | Account #: | ******6566 Checking Account |
| For Period Ending: | 02/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | 107 | Internal Revenue Service<br><br>Centralized Insolvency Operation, POB 7346 Philadelphia, PA 19101-7346 | Distribution payment - Dividend paid at 75.81% of $19.06; Claim # 3U; Filed: $19.06 | 7100-000 | | 14.45 | 17,992.33 |
| 11/30/2016 | 108 | Janice Berman<br><br>8130 N. Milwaukee Ave. Niles, IL 60714 | Distribution payment - Dividend paid at 75.81% of $23,731.96; Claim # 4; Filed: $23,731.96 | 7100-000 | | 17,992.33 | 0.00 |
| | | | **COLUMN TOTALS** | | 48,086.23 | 48,086.23 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,086.23 | 48,086.23 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,086.23** | **$44,086.23** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 14-15319 |
| **Case Name:** | ASGHARI, SHOHREH |
| **Taxpayer ID #:** | \*\*-\*\*\*3868 |
| **For Period Ending:** | 02/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | \*\*\*\*\*\*6566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*6566 Checking Account | $48,086.23 | $44,086.23 | $0.00 |
| | **$48,086.23** | **$44,086.23** | **$0.00** |

02/07/2017
**Date**

/s/Michael Desmond
**Michael Desmond**

UST Form 101-7-TDR (10 /1/2010)